IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ELIJAH GRANT,

                Petitioner,

v.                                             CIVIL  ACTION  NO.  5:02-0475

DR. JOYCE K. CONLEY, Warden,
FCI Beckley; KATHLEEN HAWK,
Director of the Federal Bureau of Prisons,
and JOHN ASHCROFT,

                Respondents.

**ORDER**

      This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss as moot Petitioner's § 2241 Application (Document No. 1), and remove this matter from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** as moot Petitioner's § 2241 Application (Document No.1), and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented parties.

ENTER: September 7, 2005

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE